```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
STEPHEN FLANAGAN as a Trustee of the
General Building Laborers' Local 66
Pension Fund, et al.,

                    Plaintiffs,
                                           ORDER ADOPTING REPORT
         -against-                         AND RECOMMENDATION
                                           07-CV-1879 (JS)(WDW)
BRAGA CONTRACTING CORP. and
Victor Costa,

                    Defendants.
----------------------------------------X
APPEARANCES:
For Plaintiff:      Alicia M. Menechino, Esq.
                    Law Offices of William T. LaVelle, P.C.
                    The LaVelle Building
                    57 East Main Street
                    Patchogue, NY 11772

For Defendants:     No Appearance
```

SEYBERT, District Judge:

Magistrate Judge William D. Wall issued a Report and Recommendation ("R&R") on February 23, 2009. As part of the R&R, Judge Wall provided that any objections were to be filed with the Clerk of the Court within ten days of service of the R&R. The time for filing objections has expired, and no party has objected. Accordingly, all objections are hereby deemed to have been waived.

After careful review, the Court ADOPTS the R&R in its entirety. The Clerk of the Court is directed to enter a judgment of default in Plaintiffs' favor against Defendants and mark this matter CLOSED. Defendants are ORDERED to pay $9,839.31 in unpaid contributions, interest on the unpaid contributions, liquidated damages in an amount equal to such interest, and $350.00 in costs.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   August  7 , 2009
         Central Islip, New York